```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 53616
  RAJ DUTT
  SARITA DUTT                                   CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
            Debtor
  SSN XXX-XX-2040     SSN XXX-XX-9598
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/13/05 .

    2.  The case was converted to Chapter 7 without confirmation, 06/08/2006.

    3.  The Debtor paid a total of $   6600.00 .

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| METROPOLITAN HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| METROPOLITAN HOME MTGE | SECURED | .00 | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| MIN ATLANTIC FINANCE COR | UNSECURED | NOT FILED | .00 | .00 |
| STAWIARSKI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CHESTER BORSUK | UNSECURED | NOT FILED | .00 | .00 |

          Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, SUSAN C CASTAGNOLI         , was allowed $        .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $   6600.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 09/20/06                    /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE




                              PAGE  2
       CASE NO. 05 B 53616 RAJ DUTT & SARITA DUTT