JOHN H. SQUIRES

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Raj & Sarita Dutt | § | Case No. 05-53616 SQU |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter      of the United States Bankruptcy Code on            . The case was converted to one under Chapter 7 on              . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $

       Funds were disbursed in the following amounts:

       Administrative expenses
       Payments to creditors
       Non-estate funds paid to 3rd Parties
       Payments to the debtor

       Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

      6. The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/GINA B. KROL_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**

Case 05-53616  Doc 99  Filed 03/01/10  Entered 03/01/10 10:19:05  Desc Main
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
Document  Page 3 of 11
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 05-53616 | SQU | Judge: JOHN H. SQUIRES | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|---|
| Case Name: | Raj & Sarita Dutt | | | | Date Filed (f) or Converted (c): | 06/08/06 (c) |
| | | | | | 341(a) Meeting Date: | 08/08/06 |
| For Period Ending: 02/08/10 | | | | | Claims Bar Date: | 11/13/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TAX REFUND (u) | 0.00 | 6,600.00 | | 6,600.00 | FA |
| 2. Real Estate | 400,000.00 | 0.00 | | 20,000.00 | FA |
| 3. BANK ACCONTS | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHES | 500.00 | 0.00 | | 0.00 | FA |
| 6. IRA | 10,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 103.98 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $412,000.00 | $6,600.00 | | $26,703.98 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and prepare final report.

Initial Projected Date of Final Report (TFR): 12/31/07     Current Projected Date of Final Report (TFR): 12/31/10

_____  Date: _____
GINA B. KROL

**UST Form 101-7-TFR (9/1/2009)** *(Page: 3)*

LFORM1

Ver: 14.31c

FORM 2 Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 05-53616 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | Raj & Sarita Dutt | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4147  BofA - Money Market Account |
| Taxpayer ID No: | *******7082 | | |
| For Period Ending: | 02/08/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  08/10/06 | 1 | Raj Dutt | tax refund | 1224-000 | 6,600.00 | | 6,600.00 |
| C  08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.24 | | 6,603.24 |
| C  09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.43 | | 6,608.67 |
| C  10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.61 | | 6,614.28 |
| C  11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.44 | | 6,619.72 |
| C  12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.62 | | 6,625.34 |
| C  01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.63 | | 6,630.97 |
| C  02/15/07 | 000301 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 5.12 | 6,625.85 |
| C  02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.09 | | 6,630.94 |
| C  03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.63 | | 6,636.57 |
| C  04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.46 | | 6,642.03 |
| C  05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.64 | | 6,647.67 |
| C  06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.46 | | 6,653.13 |
| C  07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.65 | | 6,658.78 |
| C  08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.66 | | 6,664.44 |
| C  09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 4.24 | | 6,668.68 |
| C  10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 4.25 | | 6,672.93 |

Form 2 Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 05-53616 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | Raj & Sarita Dutt | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4147 BofA - Money Market Account |
| Taxpayer ID No: | *******7082 | | | |
| For Period Ending: | 02/08/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 3.56 | | 6,676.49 |
| C  12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 3.19 | | 6,679.68 |
| C  01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 2.65 | | 6,682.33 |
| C  02/11/08 | 000302 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA  70139 | | 2300-000 | | 6.28 | 6,676.05 |
| C  02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 1.59 | | 6,677.64 |
| C  03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.58 | | 6,679.22 |
| C  04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.37 | | 6,680.59 |
| C  05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.84 | | 6,681.43 |
| C  06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.83 | | 6,682.26 |
| C  07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.85 | | 6,683.11 |
| C  08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.84 | | 6,683.95 |
| C  09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.83 | | 6,684.78 |
| C  10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.65 | | 6,685.43 |
| C  11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.54 | | 6,685.97 |
| C  12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 6,686.31 |
| C  01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,686.36 |
| C  02/17/09 | 000303 | International Sureties Ltd. Suite 420 | BOND BOND | 2300-000 | | 5.21 | 6,681.15 |

FORM 2                                                                                                                                    Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                                                   Exhibit B

| Case No: | 05-53616 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | Raj & Sarita Dutt | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4147 BofA - Money Market Account |
| Taxpayer ID No: | *******7082 | | | |
| For Period Ending: | 02/08/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 Poydras St. New Orleans, LA 70139 | | | | | |
| C  02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,681.20 |
| C  03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,681.26 |
| C  04/30/09 | 2 | Prashant Dutt | | 1110-000 | 20,000.00 | | 26,681.26 |
| C  04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 26,681.41 |
| C  05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 26,681.99 |
| C  06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.66 | | 26,682.65 |
| C  07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.68 | | 26,683.33 |
| C  08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.68 | | 26,684.01 |
| C  09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.66 | | 26,684.67 |
| C  10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.68 | | 26,685.35 |
| C  11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.66 | | 26,686.01 |
| C  12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.68 | | 26,686.69 |
| C  01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.68 | | 26,687.37 |

Exhibit B

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-53616 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | Raj & Sarita Dutt | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4147 BofA - Money Market Account |
| Taxpayer ID No: | *******7082 | | |
| For Period Ending: | 02/08/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

| | Account *******4147 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 26,600.00 | 3 | Checks | 16.61 |
| | 42 | Interest Postings | 103.98 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 26,703.98 | | | |
| | | | | | Total | $ 16.61 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 26,703.98 | | | |

Trustee's Signature: /s/ GINA B. KROL     Date: 02/08/10
GINA B. KROL

LFORM2T4 **UST Form 101-7-TFR (9/1/2009)** *(Page: 7)*

Ver: 14.31c

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-53616 SQU
Case Name: Raj & Sarita Dutt
Trustee Name: GINA B. KROL

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: GINA B. KROL | $_____ | $_____ |
| Attorney for trustee: Cohen & Krol | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for: Cohen & Krol* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Wells Fargo Auto Finance* | $ | $ |
| *000002* | *American Express Bank, FSB* | $ | $ |
| *000003* | *American Express Bank, FSB* | $ | $ |
| *000004* | *eCAST Settlement Corporation, assignee of* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000005 | eCAST Settlement Corporation, assignee of | $ | $ |
| 000006 | LVNV Funding LLC its successors and assigns | $ | $ |
| 000007 | LVNV Funding LLC its successors and assigns | $ | $ |
| 000008 | eCAST Settlement Corporation, assignee of | $ | $ |
| 000009 | LVNV Funding LLC its successors and assigns | $ | $ |
| 000010 | Citibank NA | $ | $ |
| 000011 | Chase Auto Finance | $ | $ |
| 000012 | Lease Finance Group | $ | $ |
| 000013 | CITIBANK NA | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $_____.