JOHN H. SQUIRES

**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                   §
                                         §
Raj & Sarita Dutt                        §        Case No. 05-53616 SQU
                                         §
            Debtor(s)                    §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      CLERK OF BANKRUPTCY COURT
      KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/26/2010 in Courtroom 4016,
      United States Courthouse
      505 N. County Farm Rd.
      Wheaton, IL60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/01/2010       By: CLERK OF BANKRUPTCY COURT


*GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000*

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
Raj & Sarita Dutt § Case No. 05-53616 SQU
 §
 Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 26,704.59 |
| *and approved disbursements of* | $ | 36.42 |
| *leaving a balance on hand of*[1] | $ | 26,668.17 |

Claims of secured creditors will be paid as follows:

*Claimant* *Proposed Payment*
_____ $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: GINA B. KROL* | $ 3,420.46 | $ 0.00 |
| *Attorney for trustee: Cohen & Krol* | $ 2,418.75 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Fees:* | $ | $ |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for: Cohen & Krol* | $ 0.00 | $ 4.89 |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 245,167.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Wells Fargo Auto Finance | $ 25,503.40 | $ 2,166.21 |
| 000002 | American Express Bank, FSB | $ 35,362.93 | $ 3,003.66 |
| 000003 | American Express Bank, FSB | $ 9,116.57 | $ 774.34 |
| 000004 | eCAST Settlement Corporation, assignee of | $ 9,892.87 | $ 840.28 |
| 000005 | eCAST Settlement Corporation, assignee of | $ 14,141.19 | $ 1,201.12 |
| 000006 | LVNV Funding LLC its successors and assigns | $ 11,198.15 | $ 951.15 |
| 000007 | LVNV Funding LLC its successors and assigns | $ 40,113.37 | $ 3,407.15 |
| 000008 | eCAST Settlement Corporation, assignee of | $ 33,425.04 | $ 2,839.06 |
| 000009 | LVNV Funding LLC its successors and assigns | $ 23,523.52 | $ 1,998.04 |
| 000010 | Citibank NA | $ 24,481.78 | $ 2,079.43 |
| 000011 | Chase Auto Finance | $ 9,744.24 | $ 827.66 |
| 000012 | Lease Finance Group | $ 1,831.72 | $ 155.58 |
| 000013 | CITIBANK NA | $ 6,832.99 | $ 580.39 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/GINA B. KROL
                                Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009) *(Page: 5)*

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: kscott                Page 1 of 1          Date Rcvd: Mar 02, 2010
Case: 05-53616                Form ID: pdf006             Total Noticed: 30

The following entities were noticed by first class mail on Mar 04, 2010.
db/jdb        +Raj Dutt,   Sarita Dutt,   6733 Aspen Road,   Lisle, IL 60532-3404
aty           +Joseph E Cohen, Atty,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
aty           +Susan G Castagnoli,   Law Offices of Susan G. Castagnoli  P C,   1119 N  Washington St,
               Naperville, IL 60563-2766
tr            +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
10203232      +American Express,   P.O. Box 360002,   Ft. Lauderdale, FL 33336-0002
10571909       American Express Bank, FSB,   c/o Becket and Lee, LLP,   P.O. Box 3001,   Malvern, PA 19355-0701
14054761      +Arrowood Indemnity/TuitionGard,   Sunrise Credit Services Inc,   260 Airport Plaza,
               Farmingdale, NY 11735-3946
10888446      +CITIBANK NA,   CITIBANK CHOICE,   EXCEPTION PAYMENT PROCESSING,   P O BOX 6305,
               THE LAKES NV 88901-6305
10635476       Chase Auto Finance,   PO Box 901032,   Fr. Worth, TX 76101-2032
10203233      +Chase Master Card,   P. O. Box 15298,   Wilmington, DE 19850-5298
10203234      +Chase Mastercard,   P. O. Box 15298,   Wilmington, DE 19850-5298
10203235      +Chase Visa,   P. O. Box 15153,   Wilmington, DE 19886-5153
10747281      +Chester Borsuk,   305 S Washington Street,   Kankakee IL 60901-3730
10203236      +Citi,   P.O. Box 688902,   Des Moines, IA 50368-8902
10203237      +Citibank Mastercard,   P.O. Box 6309,   The Lakes, NV 88901-6309
10611516      +Citibank NA,   C/O Citibank USA NA,   701 E 60th Street North,   Sioux Falls, SD 57104-0493
10497164      +Countrywide Home Loans,   POB 10219,   Van Nuys, CA 91410-0219
10203238      +GMAC,   P. O. Box 780,   Waterloo, IA 50704-0780
10754048      +Lease Finance Group,   C/oTheCreditorsRights&BankruptcyGroup,
               ADivisionofPhillips&Cohen Assoc., LTD,   695 Rancocas Rd., Suite 101,
               Westampton, NJ 08060-5626
10203239      +MBNA America,   P. O. Box 15286,   Wilmington, DE 19886-5286
10986969      +METROPOLITAN HOME MORTGAGE INC,   COUNTRYWIDE HOME LOANS,   P O BOX 10219,
               VAN NUYS CA 91410-0219
10497163      +Metropolitan Home Mortgage Inc,   9901 Paramount Blvd,   Downey, CA 90240-3843
10539859      +Mid-Atlantic Finance Corporation,   9200 Basil Court Ste 408,   POB 4236,
               Upper Marlboro, MD 20775-0236
10203240      +Sears Gold Master Card,   P. O. Box 182156,   Columbus, OH 43218-2156
10539858      +Wells Fargo,   POB 29704,   Phoenix, AZ 85038-9704
10503314      +Wells Fargo  Auto Finance,   Consumer Loan Collection Center,   PO Box 7648,
               Boise ID 83707-1648
10581093       eCAST Settlement Corporation, assignee of,   Chase Manhattan Bank USA, NA,   P.O. Box 35480,
               Newark, NJ  07193-5480
10586989       eCAST Settlement Corporation, assignee of,   MBNA America Bank, N.A.,   P.O. Box 35480,
               Newark, NJ  07193-5480
The following entities were noticed by electronic transmission on Mar 02, 2010.
10584892       E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns,   as assignee of Citibank USA NA,
               c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC  29603-0587
10584893       E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns,   as assignee of Chase Manhattan Bank,
               c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC  29603-0587
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10503321*    +Wells Fargo Auto Finance,   Consumer Loan Collection Center,   PO Box 7648,   Boise ID 83707-1648
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2010**          **Signature:**   *Joseph Speetjens*