# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Raj & Sarita Dutt | § | Case No. 05-53616 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____, and it was converted to chapter 7 on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GINA B. KROL_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Metropolitan Home Mortgage |  |  |  |  |  |
| Wells Fargo |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| GINA B. KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN & KROL | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chester Borsuk | | | | | |
| Mid Atlantic Finance Corp. | | | | | |
| Sears Gold Master Card | | | | | |
| CITIBANK NA | | | | | |
| LEASE FINANCE GROUP | | | | | |
| WELLS FARGO AUTO FINANCE | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK, FSB | | | | | |
| AMERICAN EXPRESS BANK, FSB | | | | | |
| CITIBANK NA | | | | | |
| ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| CHASE AUTO FINANCE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

| Case No: | 05-53616 | SQU | Judge: JOHN H. SQUIRES | | Trustee Name: | GINA B. KROL | Exhibit 8 |
|---|---|---|---|---|---|---|---|
| Case Name: | Raj & Sarita Dutt | | | | Date Filed (f) or Converted (c): | 06/08/06 (c) | |
| | | | | | 341(a) Meeting Date: | 08/08/06 | |
| For Period Ending: | 12/07/10 | | | | Claims Bar Date: | 11/13/06 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TAX REFUND (u) | 0.00 | 6,600.00 | | 6,600.00 | FA |
| 2. R eal Estate | 400,000.00 | 0.00 | | 20,000.00 | FA |
| 3. BANK ACCONTS | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHES | 500.00 | 0.00 | | 0.00 | FA |
| 6. IRA | 10,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 105.38 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $412,000.00 | $6,600.00 | | $26,705.38 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and prepare final report.

Initial Projected Date of Final Report (TFR): 12/31/07    Current Projected Date of Final Report (TFR): 12/31/10

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 05-53616 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | Raj & Sarita Dutt | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4147 BofA - Money Market Account |
| Taxpayer ID No: | *******7082 | | | |
| For Period Ending: | 12/07/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/10/06 | 1 | Raj Dutt | tax refund | 1224-000 | 6,600.00 | | 6,600.00 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.24 | | 6,603.24 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.43 | | 6,608.67 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.61 | | 6,614.28 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.44 | | 6,619.72 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.62 | | 6,625.34 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.63 | | 6,630.97 |
| 02/15/07 | 000301 | International Sureties, Ltd. Suite 500 203 Carondelet Street New Orleans, LA 70130 | BOND BOND | 2300-000 | | 5.12 | 6,625.85 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.09 | | 6,630.94 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.63 | | 6,636.57 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.46 | | 6,642.03 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.64 | | 6,647.67 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.46 | | 6,653.13 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.65 | | 6,658.78 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.66 | | 6,664.44 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 4.24 | | 6,668.68 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 4.25 | | 6,672.93 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 3.56 | | 6,676.49 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 3.19 | | 6,679.68 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 2.65 | | 6,682.33 |
| 02/11/08 | 000302 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | | 2300-000 | | 6.28 | 6,676.05 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 1.59 | | 6,677.64 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.58 | | 6,679.22 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.37 | | 6,680.59 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.84 | | 6,681.43 |

Page Subtotals     6,692.83     11.40

UST Form 101-7-TDR (9/1/2009) *(Page: 8)*

LFORM24

Ver: 15.20

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-53616 -SQU | | Trustee Name: | GINA B. KROL | |
|---|---|---|---|---|---|
| Case Name: | Raj & Sarita Dutt | | Bank Name: | BANK OF AMERICA, N.A. | Exhibit 9 |
| | | | Account Number / CD #: | *******4147 BofA - Money Market Account | |
| Taxpayer ID No: | *******7082 | | | | |
| For Period Ending: | 12/07/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.83 | | 6,682.26 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.85 | | 6,683.11 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.84 | | 6,683.95 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.83 | | 6,684.78 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.65 | | 6,685.43 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.54 | | 6,685.97 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 6,686.31 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,686.36 |
| 02/17/09 | 000303 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 5.21 | 6,681.15 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,681.20 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,681.26 |
| 04/30/09 | 2 | Prashant Dutt | | 1110-000 | 20,000.00 | | 26,681.26 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 26,681.41 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.58 | | 26,681.99 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.66 | | 26,682.65 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.68 | | 26,683.33 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.68 | | 26,684.01 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.66 | | 26,684.67 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.68 | | 26,685.35 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.66 | | 26,686.01 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.68 | | 26,686.69 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.68 | | 26,687.37 |
| 02/09/10 | 000304 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 19.81 | 26,667.56 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.61 | | 26,668.17 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.68 | | 26,668.85 |

Page Subtotals 20,012.44 25.02

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-53616 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | Raj & Sarita Dutt | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4147  BofA - Money Market Account |
| Taxpayer ID No: | *******7082 | | |
| For Period Ending: | 12/07/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/06/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 26,668.96 |
| 04/06/10 | | Transfer to Acct #*******0095 | Final Posting Transfer | 9999-000 | | 26,668.96 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 26,705.38 | 26,705.38 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 26,668.96 | |
| Subtotal | 26,705.38 | 36.42 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 26,705.38 | 36.42 | |

Page Subtotals       0.11       26,668.96

UST Form 101-7-TDR (9/1/2009) *(Page: 10)*

Ver: 15.20

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 05-53616 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | Raj & Sarita Dutt | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0095 BofA - Checking Account |
| Taxpayer ID No: | *******7082 | | |
| For Period Ending: | 12/07/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/06/10 | | Transfer from Acct #*******4147 | Transfer In From MMA Account | 9999-000 | 26,668.96 | | 26,668.96 |
| 04/06/10 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 3,420.54 | 23,248.42 |
| 04/06/10 | 003002 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorneys Fees per Court Order | 3110-000 | | 1,596.37 | 21,652.05 |
| 04/06/10 | 003003 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys Fees per Court Order | 3210-000 | | 822.38 | 20,829.67 |
| 04/06/10 | 003004 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorneys Fees per Court Order | 6120-000 | | 4.89 | 20,824.78 |
| 04/06/10 | 003005 | Wells Fargo Auto Finance<br>Consumer Loan Collection Center<br>PO Box 7648<br>Boise ID 83707 | Claim 000001, Payment 8.49408% | 7100-000 | | 2,166.28 | 18,658.50 |
| 04/06/10 | 003006 | Citibank NA<br>C/O Citibank USA NA<br>701 E 60th Street North<br>Sioux Falls, SD 57117 | Claim 000010, Payment 8.49411% | 7100-000 | | 2,079.51 | 16,578.99 |
| 04/06/10 | 003007 | Lease Finance Group<br>C/oTheCreditorsRights&BankruptcyGroup<br>ADivisionofPhillips&Cohen Assoc., LTD<br>695 Rancocas Rd., Suite 101<br>Westampton, NJ 08090 | Claim 000012, Payment 8.49420% | 7100-000 | | 155.59 | 16,423.40 |
| 04/06/10 | 003008 | American Express Bank, FSB<br>c/o Becket and Lee, LLP<br>P.O. Box 3001 | Claim 000002, Payment 8.49409% | 7100-900 | | 3,003.76 | 13,419.64 |

Page Subtotals 26,668.96 13,249.32

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*

Ver: 15.20

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-53616 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | Raj & Sarita Dutt | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0095  BofA - Checking Account |
| Taxpayer ID No: | *******7082 | | |
| For Period Ending: | 12/07/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/06/10 | 003009 | American Express Bank, FSB<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Claim 000003, Payment 8.49409% | 7100-900 | | 774.37 | 12,645.27 |
| 04/06/10 | 003010 | eCAST Settlement Corporation, assignee of<br>Chase Manhattan Bank USA, NA<br>P.O. Box 35480<br>Newark, NJ  07193-5480 | Claim 000004, Payment 8.49410% | 7100-900 | | 840.31 | 11,804.96 |
| 04/06/10 | 003011 | eCAST Settlement Corporation, assignee of<br>Chase Manhattan Bank USA, NA<br>P.O. Box 35480<br>Newark, NJ  07193-5480 | Claim 000005, Payment 8.49412% | 7100-900 | | 1,201.17 | 10,603.79 |
| 04/06/10 | 003012 | LVNV Funding LLC its successors and assigns<br>as assignee of Citibank USA NA<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 | Claim 000006, Payment 8.49408% | 7100-900 | | 951.18 | 9,652.61 |
| 04/06/10 | 003013 | LVNV Funding LLC its successors and assigns<br>as assignee of Chase Manhattan Bank<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 | Claim 000007, Payment 8.49410% | 7100-900 | | 3,407.27 | 6,245.34 |
| 04/06/10 | 003014 | eCAST Settlement Corporation, assignee of<br>MBNA America Bank, N.A.<br>P.O. Box 35480<br>Newark, NJ  07193-5480 | Claim 000008, Payment 8.49408% | 7100-900 | | 2,839.15 | 3,406.19 |
| 04/06/10 | 003015 | LVNV Funding LLC its successors and assigns<br>as assignee of Citibank USA NA<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 | Claim 000009, Payment 8.49409% | 7100-900 | | 1,998.11 | 1,408.08 |

Page Subtotals          0.00        12,011.56

UST Form 101-7-TDR (9/1/2009) *(Page: 12)*

LFORM24

Ver: 15.20

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Page: 6    Exhibit 9

| Case No: | 05-53616 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | Raj & Sarita Dutt | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | ********0095  BofA - Checking Account |
| Taxpayer ID No: | ********7082 | | | |
| For Period Ending: | 12/07/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 04/06/10 | 003016 | Chase Auto Finance<br>PO Box 901032<br>Fr. Worth, TX 76101-2032 | Claim 000011, Payment 8.49404% | 7100-903 | | 827.68 | 580.40 |
| 04/06/10 | 003017 | CITIBANK NA<br>CITIBANK CHOICE<br>EXCEPTION PAYMENT PROCESSING<br>P O BOX 6305<br>THE LAKES NV 88901 | Claim 000013, Payment 8.49409% | 7100-900 | | 580.40 | 0.00 |
| * 11/03/10 | 003016 | Chase Auto Finance<br>PO Box 901032<br>Fr. Worth, TX 76101-2032 | Claim 000011, Payment 8.49404% | 7100-903 | | -827.68 | 827.68 |
| 11/03/10 | 003018 | United States Bankruptcy Court<br>219 S. Dearborn St.<br>7th Floor<br>Chicago, IL 60604 | Claim 000011, Payment 8.49404% | 7100-901 | | 827.68 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 26,668.96 | 26,668.96 | 0.00 |
| Less: Bank Transfers/CD's | 26,668.96 | 0.00 | |
| Subtotal | 0.00 | 26,668.96 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 26,668.96 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - ********4147 | 26,705.38 | 36.42 | 0.00 |
| BofA - Checking Account - ********0095 | 0.00 | 26,668.96 | 0.00 |
| | 26,705.38 | 26,705.38 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     1,408.08

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

Exhibit 9

| Case No: | 05-53616 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | Raj & Sarita Dutt | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0095 BofA - Checking Account |
| Taxpayer ID No: | *******7082 | | |
| For Period Ending: | 12/07/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/ GINA B. KROL   Date: 12/07/10
GINA B. KROL

Page Subtotals     0.00     0.00

UST Form 101-7-TDR (9/1/2009) *(Page: 14)*

Ver: 15.20

LFORM24